UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:16-cv-00475-TNM |

## JOINT STATUS REPORT

The parties, by counsel, submit this joint status report in response to the Court's February 16, 2021 order.

1. This case concerns a request sent by Plaintiff to the Federal Bureau of Investigation ("FBI"), a component of Defendant, seeking information about an individual named Adnan Gulshair el Shukrijumah.

2. Defendant made its twenty-sixth interim production on May 14, 2021, twenty-seventh interim production on June 15, 2021, twenty-eight interim production on July 15, 2021, and twenty-ninth interim production on August 13, 2021.

3. Defendant is currently processing a main file and various subfiles for information responsive to Plaintiff's FOIA requests consistent with the parties' agreement. Taking into account Plaintiff's narrowing proposal from December 2020, which will allow Defendant to exclude the Sub A of Main file (5,693 pages), there are 11,055 pages (Main file: 3,869; Sub NC of Main file: 141; Sub 1A1 of Main file; Sub 302 of Main file: 161; Sub 1A of Main file: 6,884) remaining to process.

4. In light of the foregoing, the parties propose that they submit a further joint status report in this matter, informing the Court of the status of productions, on or before November 12, 2021.

| | |
|---|---|
| Dated: August 16, 2021 | Respectfully Submitted, |
| /s/ Jason B. Aldrich<br>JASON B. ALDRICH<br>D.C. Bar No. 495488<br>JUDICIAL WATCH, INC.<br>Suite 800<br>425 3rd Street, S.W.<br>Washington, DC 20024<br>Telephone: (202) 646-5172<br>Facsimile: (202) 646-5199<br>E-mail: jaldrich@judicialwatch.org<br><br>*Attorneys for Plaintiff* | CHANNING D. PHILLIPS<br>D.C. Bar No. 415793<br>Acting United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>/s/ Joseph F. Carilli, Jr.<br>JOSEPH F. CARILLI, JR.<br>NH Bar Identification No. 15311<br>Assistant United States Attorney<br>Civil Division<br>U.S. Attorney's Office<br>   for the District of Columbia<br>555 4th St. N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 252-2561<br>Facsimile: (202) 252-2599<br>E-mail: joseph.carilli@usdoj.gov<br><br>*Counsel for Defendant* |